THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> USF REDDAWAY INC., an Oregon corporation, <br><br> Defendant. | NO.   C20-722-RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Jason S. Mills, Robin Lagorio and Holly A. Henrich of Morgan, Lewis & Bockius, LLP, attorneys for Defendant, USF Reddaway Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.  This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys fees for the time period encompassed by this action, March 2020 through May 2020, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period,

or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than March 2020 through May 2020.

DATED this  28th day of  October, 2020.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, BALLEW, L.L.P. | MORGAN, LEWIS & BOCKIUS, LLP |
| *s/Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> Attorney for Plaintiff | *s/Jason S. Mills* <br> Jason S. Mills, WSBA #52313 <br> Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys fees for the time period encompassed by this action, March 2020 through May 2020, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than March 2020 through May 2020.

Case 2:20-cv-00722-RSM   Document 12   Filed 10/30/20   Page 3 of 3

ORDER ENTERED this 30th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By *s/Russell J. Reid*
    Russell J. Reid, WSBA #2560
    Attorneys for Plaintiff